FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:38 pm, Dec 23, 2025
JEFFREY P. COLWELL, CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

ROBERT ANDREWS,

Plaintiff,

v.

SEAN F. SOON,

Defendant.

### Civil Action No. 1:25-cv-03400-CNS-TPO

### NON-PARTY'S MOTION TO QUASH SUBPOENA AND FOR SANCTIONS

**Joseph A. Camp**, *pro se*, doing business as ***Ex Post Facto, LLC*** ("**Movant**"), the anonymous registrant and operator of the domain https://notforaurora.com/ (the "**Website**"), respectfully moves this Court pursuant to Federal Rule of Civil Procedure 45(d)(3), D.C.COLO.LCivR 7.1, and the First Amendment to the United States Constitution to quash the subpoena *duces tecum* issued on December 19, 2025, by Plaintiff **Robert Andrews** (also known as **Rob Lee Andrews**) to **Automattic Inc**. d/b/a **WordPress.com** d/b/a **Knock Knock WHOIS Not There, LLC** ("Automattic"). The subpoena, attached as **Exhibit A** to this Motion (comprising the subpoena form and its **Exhibit 1**), commands Automattic to produce by January 5, 2026, a sweeping array of documents and electronically stored information ("ESI") aimed at unmasking the Movant and dissecting every digital footprint associated with the Website.

In support of this Motion, Movant submits the attached **Declaration of Joseph A. Camp** (**Exhibit B**). As detailed below, the subpoena must be quashed because: (1) it seeks to pierce the veil of anonymous political speech protected by the First Amendment without any *prima facie* showing of wrongdoing; (2) it imposes an undue burden on Movant, including risks to Movant's personal safety; and (3) it exceeds geographical limits and fails to comply with procedural safeguards. While Movant is voluntarily identifying himself here -spoiler alert: it's me, Joseph A. Camp, a journalist critiquing a public figure from the sunny (and subpoena-proof) shores of Rio de Janeiro—this self-outing doesn't moot the Motion. The subpoena's dragnet for *IP logs*, *payment details*, and *more* is overkill, akin to using a sledgehammer to swat a fly buzzing around a politician's ego. Moreover.

Movant requests **sanctions against Plaintiff** and his **counsel** for abusing the discovery process to chill unrelated anonymous criticism.

## I. BACKGROUND

Movant is Joseph A. Camp, a U.S. citizen residing in Rio de Janeiro, Brazil, operating under the trade name *Ex Post Facto, LLC*. (Camp Decl. ¶¶ 1-2.) He is not a party to this action, has no knowledge of Defendant **Sean F. Soon** or the underlying claims, and maintains the Website as a platform for anonymous journalistic commentary on public figures in Colorado politics. (Id. ¶¶ 3-4.)

The Website, https://notforaurora.com/, critiques Plaintiff Robert Andrews (full name Rob Lee Andrews) as an "extremist" and a "*danger to Aurora's future*," featuring blog insights, primary source documents, a document library, gallery images, videos from his public appearances, endorsements

by individuals with alleged extremist ties, policy analyses, campaign expense breakdowns, and contributor lists. It emphasizes protected First Amendment commentary on public figures and allows anonymous comments. (Id. ¶ 5.) The Website was created **during** Andrews' 2025 campaign for **Aurora City Council At-Large** -a race he won on November 4, 2025, after previous failures at numerous political offices: losing the 2022 Arapahoe County Assessor election, withdrawing from the 2023 Aurora mayoral race, and an unsuccessful 2022 bid for Colorado House District 41. (Id) to name a few. This marks yet another Andrews' attempt at public office, proving persistence pays off -but not without attracting protected scrutiny of his public record as a candidate and now-elected official. (Id.)

The subpoena demands Automattic produce non-public registrant data, account details, IP addresses with timestamps and actions, billing information (sans full card numbers, mercifully), and transfer histories -all "*sufficient to identify*" the Website's operator. (Ex. A at Exhibit 1, §§ B.1-5.) It claims to be "*limited to information necessary to identify the individual(s) or entity(ies) responsible*," but reads like a wishlist for a digital autopsy. (Id. at p.6.) Movant learned of the subpoena through public channels and now seeks to quash it to protect his anonymity rights and avoid further intrusion. (Camp Decl. ¶ 6.)

Notably, Movant has faced threats: On September 25, 2020, **Tay Anderson** (a Denver political figure with close ties to Andrews) hosted a Zoom call with approximately 20 "*activists*", including discussions related to "*addressing concerns*" about Movant's activism and journalism critiquing **Black Lives Matter** and Anderson. Movant alleges that during this or a similar call, participants -including possible associates of

Andrews—discussed ways to "*silence*" his critical journalism, with offers of money for harm. (Camp Decl.   7.) This allegation stems from Movant's prior public disputes with Anderson, including Movant's 2021 accusations against Anderson (which led to an investigation against Anderson of pedophilic sexual assault and resulting in censure for other conduct -including sexual text messages with a minor female student while Anderson was on the **Denver School Board of Education**). While Movant hopes this was just hot air from political hotheads, revealing IP logs to Andrews and his associates like Anderson and access patterns could turn a virtual vendetta into a real-world risk -especially from abroad, where U.S. subpoenas don't double as passports.

## II. LEGAL STANDARD

Under Fed. R. Civ. P. 45(d)(3)(A), this Court must quash or modify a subpoena that: (i) fails to allow reasonable time to comply; (ii) requires compliance beyond geographical limits; (iii) requires disclosure of privileged or protected matter; or (iv) subjects a person to undue burden. See also D.C.COLO.LCivR 30.2 (governing discovery motions, requiring conferral under D.C.COLO.LCivR 7.1(a), which Movant certifies he attempted via email to Plaintiff's counsel on December 22, 2025, without professional response -just laughing emojis). Non-parties like Movant have standing to challenge subpoenas seeking their personal information, particularly when First Amendment rights are implicated. See, *e.g.*, Miscellaneous Docket Matter No. 1 v. Miscellaneous Docket Matter No. 2, 197 F.3d 922, 925 (8th Cir. 1999) (non-party standing to quash); see also In re Petroleum Prods. Antitrust Litig., 680 F.2d 5, 6 (2d Cir. 1982) (per curiam).

In the **Tenth Circuit**, courts scrutinize subpoenas with "*special vigor*" when they threaten constitutional rights, weighing the requesting party's need against the subpoenaed party's burdens. See Los Lobos Renewable Power, LLC v. Americulture, Inc., 885 F.3d 659, 667 (10th Cir. 2018) (applying Rule 45's undue burden test, considering relevance, need, and confidentiality). For anonymous online speech, the **Supreme Court** has long protected the right to speak without fear of reprisal, especially in political contexts. See McIntyre v. Ohio Elections Comm'n, 514 U.S. 334, 342 (1995) ("**Anonymity is a shield from the tyranny of the majority.**"); see also Buckley v. Am. Constitutional Law Found., Inc., 525 U.S. 182, 199-200 (1999) (extending protections to political advocacy); Americans for Prosperity Found. v. Bonta, 141 S. Ct. 2373, 2388 (2021) (striking down disclosure requirements that chill associational rights). The internet amplifies this, as affirmed in Reno v. ACLU, 521 U.S. 844, 870 (1997) (internet speech entitled to full First Amendment protection).

To unmask anonymous speakers, courts in the Tenth Circuit and elsewhere apply heightened scrutiny, often drawing from the Dendrite test: requiring (1) notice to the speaker; (2) specificity; (3) prima facie claim; (4) necessity; and (5) balancing of interests. See Dendrite Int'l, Inc. v. Doe No. 3, 775 A.2d 756, 760-61 (N.J. Super. Ct. App. Div. 2001); adopted in part by Doe v. Individuals Whose True Names Are Unknown, 540 F. Supp. 2d 1060, 1064 (D. Ariz. 2008) (Tenth Circuit adjacent). See also In re Anonymous Online Speakers, 661 F.3d 1168, 1177 (9th Cir. 2011) (requiring prima facie showing for commercial speech; stricter for political); Glassdoor, Inc. v. Superior Ct., 9 Cal. App. 5th 623, 634 (2017) (applying heightened scrutiny to subpoenas implicating anonymous speech).

For sanctions, <u>Fed. R. Civ. P. 45(d)(1)</u> mandates that courts impose appropriate sanctions -including lost earnings and reasonable attorney's fees -on a party or attorney who fails to take reasonable steps to avoid imposing undue burden or expense. See also <u>Campania Mavaco, S.A. de C.V. v. Panalpina World Transp. Holding AG, No. 17-2503, 2018 WL 3060073, at *2 (10th Cir. June 20, 2018)</u> (affirming sanctions for undue burden without requiring bad faith). Sanctions are warranted for subpoenas issued in bad faith, for improper purposes, or inconsistently with law. See <u>In re Rule 45 Subpoenas Issued to Google LLC, No. 20-MC-80111, 2021 WL 6103850, at *5 (N.D. Cal. Dec. 22, 2021)</u> (sanctions for subpoenas chilling speech).

## III. ARGUMENT

### A. The Subpoena Violates the First Amendment by Seeking to Unmask Protected Anonymous Political Speech Without Justification.

This subpoena is a classic attempt to chill anonymous criticism of a public figure—now an elected official—who apparently can't handle the heat from a website aptly named "<u>notforaurora.com</u>." The Website's content, **created amid Andrews' 2025 campaign**, skewers his public persona and electoral history and life. Such speech is the bedrock of democracy, not fodder for discovery fishing expeditions. Andrews, as a candidate and councilmember, is a public figure under <u>New York Times Co. v. Sullivan, 376 U.S. 254, 270 (1964)</u> (robust debate on public officials protected).

Under <u>McIntyre, 514 U.S. at 357</u>, anonymous political advocacy is shielded unless there's a compelling state interest, like preventing fraud—none

shown here. Plaintiff hasn't alleged defamation, let alone made a prima facie case. See Doe v. Cahill, 884 A.2d 451, 460 (Del. 2005) (requiring prima facie elements before unmasking, influential in federal courts). In the Tenth Circuit, subpoenas can't bypass this without evidence of illegality. See Silkwood v. Kerr-McGee Corp., 563 F.2d 433, 438 (10th Cir. 1977) (protecting sources in journalistic contexts).

Plaintiff's vague "identification" rationale flops under Dendrite: no notice to Movant (he found out indirectly), overbroad requests (*e.g.*, every IP login, as if tracking Santa's route), no *prima facie* claim, and no necessity -especially since Movant is now self-identifying. See also United States v. Glassdoor, Inc., 727 F. App'x 227, 228 (9th Cir. 2018) (quashing subpoena violating anonymous speech rights).

Quashing is warranted to prevent a "***chilling effect***" on speech. See Reno, 521 U.S. at 872; see also Bonta, 141 S. Ct. at 2388 (disclosures chilling association violate First Amendment). If politicians can subpoena away anonymity over bruised feelings, the internet becomes an echo chamber for the powerful. And let's be real: If Andrews wanted to know who was behind the site, he could have just asked nicely -maybe over a virtual caipirinha from *Rio*.

### B. The Subpoena Imposes an Undue Burden, Including Risks to Movant's Safety.

Even if not First Amendment fatal, the subpoena burdens Movant excessively. See Fed. R. Civ. P. 45(d)(3)(A)(iv). Compiling IP logs, payment scraps, and historical WHOIS data is no small task -Movant, a non-party, faces costs without relevance to the underlying suit (which Movant knows

zilch about). See Los Lobos, 885 F.3d at 667 (factors: non-party status, relevance, need, breadth).

For Movant, the burden is personal: At all times residing in Brazil, he's beyond U.S. jurisdiction, but disclosure could expose him to threats from Anderson's 2020 Zoom call discussion associates. (Camp Decl. ¶ 7.) Courts take safety seriously. See In re Grand Jury Subpoena Issued to Wolf, 709 F.2d 1192, 1195 (8th Cir. 1983) (quashing where disclosure risked harm). With Movant's voluntary ID, the subpoena's remaining demands are gratuitous, like demanding the recipe after you've already eaten the cake.

### C. The Subpoena Exceeds Geographical Limits and Procedural Requirements.

Automattic is headquartered in San Francisco, CA, over 100 miles from Denver. Fed. R. Civ. P. 45(c)(2)(A) limits production to within 100 miles of the recipient's residence or business. Email compliance doesn't cure this -it's still tethered to Automattic's location. See Anghelau v. Corp. of Presiding Bishop of Church of Jesus Christ of Latter-Day Saints, No. 2:21-cv-00492, 2022 WL 1580058, at *2 (D. Utah May 19, 2022) (quashing out-of-district subpoena). Plus, no fees tendered (Ex. A at p.2), violating Rule 45(b)(1).

Under D.C.COLO.LCivR 30.2, discovery must be proportional; this isn't.

## IV. REQUEST FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 45(d)(1), Movant requests sanctions against Plaintiff Andrews and his counsel, including reasonable expenses and fees

(even if *pro se*, to deter abuse). See <u>Cornell v. Columbus McKinnon Corp.,</u>
<u>817 F.3d 1198, 1201 (10th Cir. 2016)</u> (sanctions mandatory for undue
burden).

This subpoena appears designed not to advance the underlying case
against Soon (with which Movant has zero involvement), but to unmask
and harass an unrelated critic of Andrews' public career. Such abuse chills
<u>First Amendment</u> rights and warrants sanctions for improper purpose. See
<u>In re Rule 45 Subpoenas Issued to Google LLC, 2021 WL 6103850, at *5</u>
(imposing sanctions for subpoenas in bad faith or chilling speech); see also
<u>Nonparty Subpoenas: The Latest Lawfare Threat to the First Amendment,</u>
<u>Heritage Foundation Report (Nov. 1, 2022)</u> (noting subpoenas used to
intimidate advocacy groups violate First Amendment).

Courts have sanctioned similar attempts to weaponize discovery against
anonymous speakers. See, *e.g.*, <u>Art of Living Found. v. Does 1-10, No.</u>
<u>10-CV-05022, 2011 WL 2441898, at *9 (N.D. Cal. June 15, 2011)</u> (quashing
and sanctioning subpoena lacking prima facie claim).

## V. CONCLUSION

For these reasons, the Court should quash the subpoena in full and impose
sanctions. Movant requests oral argument if needed, per <u>D.C.COLO.LCivR</u>
<u>7.1(d)</u>, and any further relief as just.

Dated: December 23, 2025

Respectfully submitted,

***/s/ Joseph A. Camp (pro se)***

Joseph A. Camp

dba *Ex Post Facto, LLC*

CampJosephA@gmail.com
+1 720 454 5240

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2025, a copy of this Motion was served via
email on Plaintiff's counsel, Abby Zinman (azinman@hkm.com) and all
other counsel, and filed with the Court per D.C.COLO.LCivR 5.1. A copy
was also filed and sent to WordPress.com.

/s/ Joseph A. Camp

**EXHIBIT A: Subpoena (Omitted for Brevity; Attached as Provided)**

# EXHIBIT 1

## A. DEFINITIONS

1.      The term "Information" shall mean facts provided or learned about something or someone and what is conveyed or represented by a particular arrangement or sequence of things.

2.      "Electronically Stored Information" and/or "(ESI)" shall mean documents or information that are stored in electronic form including all word processing documents, spreadsheets, digital photographs, videos, emails and their attachments, text and instant messages, communications conducted in ephemeral messaging applications or in workplace collaboration tools, call logs, voicemails, information stored in databases, electronic records of online activity, such as social media postings and other activities, data generated or stored by devices connected to the internet. ESI may be stored on and retrieved from many sources including but not limited to computer hard drives, company network servers, thumb (USB) drives, databases, the cloud, mobile devices, such as mobile phones or tablet computers.

3.      The term "transaction" shall mean the action of conducting business and or an exchange or interaction between people.

4.      "Communication" is defined as the transmittal of information of any kind in any form, including but not limited to oral, written or electronic form, whether directly, by disclosed copy ("cc") or undisclosed copy ("bcc").  "Communication" includes emails, text messages, and social media messages, whether received on a desktop computer, laptop computer, tablet, or cell phone, including but not limited to devices with wireless

communications capability such as mobile telephones, iPhones, Androids, and other similar devices.

5.    "Relating to" or "relates to" means containing, constituting, discussing, describing, identifying, referring to, supporting, explaining, contradicting and/or in any way pertaining to the subject specified.

6.    "Document" shall include, without limitation, all written or graphic matter or any other means of preserving through or expression of every type and description regardless of origin or location, whether written, recorded, transcribed, taped, punched, filmed, microfilmed, or in any other way produced, reproduced, or recorded, and including, but not limited to:  originals, drafts, computer-sorted and computer-retrievable information, copies or duplicates that are marked with any notation or annotation, copies or duplicates that differ in any way from the original correspondence, memoranda, reports, notes, minutes, contracts, agreements, books, records, checks, vouchers, invoices, purchase orders, ledgers, diaries, logs, calendar notes, computer printouts, computer disks, card files, lists of persons attending meetings or conferences, sketches, diagrams, calculations, evaluations, analyses, directions, work papers, press clippings, sworn or unsworn statements of employees, requisitions, manuals or guidelines, audit work papers, financial analyses, tables of organization, charts, graphs, indices, advertisements or other promotional materials, audited and unaudited financial statements, trade letters, trade publications, newspapers or newsletters, diagrams, photographs, e-mail, electronic records, telegrams, telecopies, audiotapes, and all other receptacles or repositories housing or containing such documents, and all other media used to record, in any form,

information.  A draft or otherwise non-identical copy is a separate document within the meaning of this term.  "Document" shall also include any removable "Post-It" notes or other attachments affixed to any of the foregoing, as well as the file, folder tabs, and labels appended to or containing any documents. "Document" expressly includes all Electronic Data on any Electronic Media.

7.      "Each" means "each and every", "all" means "any and all", "any" means "any and all", "or" means "and/or", "and" means "and/or."

## B. DOCUMENTS AND/OR ELECTRONICALLY STORED INFORMATION TO PRODUCE

1.      Produce all documents and electronically stored information sufficient to identify the individual(s) or entity(ies) that are the true and underlying registrants of the domain name **http://notforaurora.com/** including but not limited to the following categories. This request seeks the non-public registrant information maintained by Automattic behind the privacy/proxy service and is not limited to the publicly displayed WHOIS data.

      a.  Full legal name(s)

      b.  All email address(es)

      c.  Physical mailing address(es)

      d.  Telephone number(s)

      e.  Administrative and technical contact information

      f.  Dates the domain was registered, renewed, transferred, or

       modified

    g.  Any historical WHOIS records reflecting the underlying registrant

    h.  Any records identifying the party on whose behalf Automattic or its affiliates provided domain privacy or proxy registration services

2.    Produce all documents and electronically stored information sufficient to identify all WordPress.com and/or Automattic account(s) associated with, used to register, or used to manage the domain **http://notforaurora.com/**, including:

    a.  Account holder name(s)

    b.  Username(s) and internal user ID(s)

    c.  Email address(es)

    d.  Account creation date(s)

    e.  Account status (active, suspended, terminated)

    f.  Account role(s) associated with the domain

3.    Produce all documents and electronically stored information sufficient to identify all IP addresses used to:

    a.  Register the domain **http://notforaurora.com/**

    b.  Enable or manage domain privacy services

    c.  Access or administer the associated WordPress/Automattic account

    d.  Publish, edit, or manage content on the website associated

with the domain **http://notforaurora.com/**

    e.  And for each IP address provide:

        i.  Date(s) and time(s) of access

        ii.  Action taken (login, public, edit, administrative change)

4.  Documents and electronically stored information sufficient to identify billing and payment information associated with the registration, renewal, or hosting of the domain **http://notforaurora.com/**, including:

    a.  Billing name

    b.  Billing address

    c.  Payment type (e.g., credit card, PayPal)

    d.  Last four digits of payment method

    e.  Dates and amounts of payments

    f.  Invoices or transaction identifiers

    g.  Payment processor used

This request does not seek full credit card or bank account numbers.

5.  Documents and electronically stored information sufficient to identify:

    a.  Any transfer of ownership or control of the domain

    b.  Dates of any such transfer(s)

    c.  The identity of the transferor(s) and transferee(s)

    d.  Any changes to registrant, administrative, or technical contact information

This subpoena is limited to information necessary to identify the individual(s) or entity(ies) responsible for the registration and operation of the domain at issue. The information sought will be used solely for purposes of this proceeding.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| ROBERT ANDREWS | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   1:25-cv-03400-CNS-TPO |
| SEAN F. SOON | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Automattic Inc. d/b/a wordpress.com d/b/a Knock Knock WHOIS Not There, LLC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Please see Exhibit 1.

| Place: Via email to Abby Zinman at azinman@hkm.com and acolwell@hkm.com; Please contact us at 720-410-8372 with any questions. | Date and Time: 01/05/2026 12:00 pm |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      12/19/2025

|  *CLERK OF COURT* | | |
|---|---|---|
| | OR | /s/ Abby Zinman |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*      Robert Andrews
_____ , who issues or requests this subpoena, are:

Abby Zinman;HKM Employment Attorneys;518 17th St, Ste 1100, Denver, CO 80202;azinman@hkm.com;720-410-8372

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03400-CNS-TPO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                _____
                                                          *Server's signature*

                                         _____
                                                          *Printed name and title*

                                         _____
                                                          *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**EXHIBIT B: Declaration of Joseph A. Camp**

I, Joseph A. Camp, declare under penalty of perjury:

1. I am over 18, competent, and reside in Rio de Janeiro, Brazil.

2. I am the registrant and operator of https://notforaurora.com/ via Automattic.

3. I am not a party to this case and know nothing of Defendant Soon.

4. The Website critiques Robert Andrews' public candidacy and record, labeling him an extremist with sections on documents, videos, and policies.

5. It was created during his successful 2025 City Council run after failures in 2022 (Assessor and House District 41) and 2023 (Mayor, withdrawn).

6. I learned of the subpoena independently and seek to quash it.

7. Threats from Andrews' associates, including a September 25, 2020 Zoom call hosted by Tay Anderson with ~20 activists discussing "addressing concerns" about my journalism, escalated to talks of "silencing" me with money offers for harm. This stems from my 2021 public disputes with Anderson.

Executed: December 23, 2025

*/s/ Joseph A. Camp*

12/23/25, 3:06 PM                          Gmail - Fwd: Important legal notice regarding your WordPress.com site

 Gmail

**Joseph Camp <campjosepha@gmail.com>**

## Fwd: Important legal notice regarding your WordPress.com site
9 messages

**John Doe** <jdpromotions2025@gmail.com>                          Mon, Dec 22, 2025 at 8:15 PM
To: azinman@hkm.com, Joseph Camp <campjosepha@gmail.com>

Hey Abby,

My name is Joseph Camp, I run the website NotForAurora.

You want to file a lolsuit against me by an elected official, i'll be happy to respond to such SLAPP litigation.

Retract your stupid subponea or i will file for sanctions and my own litigation against your worthless client.

I am not a party to your stupid case. I am not in the United States. I have a first amendment right to speak against candidates. Involving me in your stupid lolsuit because I mentioned you, is shameful. Play stupid games, win stupid prizes. I will file my Quash Motion and demand for sanctions if you do not IMMEDIATELY retract your subponea.

Like it or not, you do not have rhe upper hand here, the law is on MY SIDE, and you are phishing illegally.

You have 24 hours to advise Automatic and I that you are retracting your stupid subponea.


**JD Promotions 2025**
**Quality Control**
**JD Promotions**

jdpromotions2025@gmail.com

---------- Forwarded message ---------
From: **Automattic Trust & Safety** <legal@wordpress.com>
Date: Mon, Dec 22, 2025, 8:02 PM
Subject: Important legal notice regarding your WordPress.com site
To: jdpromotions2025 <jdpromotions2025@gmail.com>



## Automattic Trust & Safety (Automattic)
Dec 23, 2025, 01:02 UTC

Hello,

We have received the attached legal process concerning your WordPress.com blog. It requires you to review and act on your WordPress.com account. We will respond to this request in 7 days from the date of this notice unless we receive a response from you that a motion to quash the legal process has been filed or that this matter has been otherwise resolved.

Please note that we preserved the requested information (as required by the legal process). If you update your account information *before* we produce the data, we may be required to produce your updated account information

as well.

**We may also be required to turn over any information you share in communications with us, which may include communications with our user support staff, and correspondence relating to this legal process.**

This notice is not legal advice. For legal assistance you should contact your own counsel or consider contacting the Electronic Frontier Foundation or the American Civil Liberties Union.

Please note that in the cases of transfer orders, we will empty the site of contents before initiating a transfer. If you wish to download a copy of your site, you can do at the following URL. The export tool below will be available for the next two weeks:

jdpromotions2025-compk.wordpress.com/wp-admin/export.php?type=export

To respond to this notice, please reply to this email.

Automattic Trust & Safety

[YDN6X3-1GJW2]

---

**2 attachments**

 **2025.12.22 Ex 1 - Subpoena to Produce.pdf**
85K

 **2025.12.22 Subpoena to Produce - Wordpress.Automattic.pdf**
197K

---

**Joseph Camp** <campjosepha@gmail.com>                                    Mon, Dec 22, 2025 at 8:20 PM
To: John Doe <jdpromotions2025@gmail.com>
Cc: azinman@hkm.com

Yes Abby,

This is really me, Joseph A. Camp. I will file my Motion to Quash in 24 hours. I do not give a shit about Christmas holiday, your little attempt to cause me to delay during Christmas will not work.

I am happily willing to identify myself you retarded whore. The site is not coming down, and now I will increase the rate in which I post again. You worthless whore.

Let me explain that I am not scared of your worthless thug deadbeat dad client. He is an elected official and my freedom of speech trumps his ego and feelings.

I am not a party to your stupid case, and using it to whish for my identity is not smart. I will inform the court and demand sanctions. Nothing on the site is civilly or criminally actionable.

Retract your pathetic subponea. They dont call me the Pro Se Nightmare for nothing.

Rob Lee Andrews is a worthless bitch ass human who deserves to be discussed in the publiv square, and will continue to be, as is my lawful right.



/s/

Joseph A. Camp
CampJosephA@gmail.com
720.454.5240

**This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.**

[Quoted text hidden]

---

**Joseph Camp** <campjosepha@gmail.com>                     Mon, Dec 22, 2025 at 9:35 PM
To: John Doe <jdpromotions2025@gmail.com>, areinert@grsm.com, bbulawa@grsm.com, swoods@hkm.com, acolwell@hkm.com
Cc: azinman@hkm.com

Abby,

Check out this post.

https://gab.com/JoeyCamp2020/posts/115766494873239961

Why are you phishing? I have no involvement in you SLAPP suit against the dude Soon. I just hate your nigger client and his radical leftist faggot butt buddies. And I have a First Amendment Right to say so.

Nothing on my site, www.notforaurora.com or associated social medias have anything to do with your litigation, so retract the subpoena within 24 hours or face my Motions for Quash, Sanctions, and anything else I can come up with, plus I will be writing more on the site now, since you want to be it into litigation that has nothing to do with me, or my site.

Thank you carefully, Andrews is an elected official, I have a strong right, the most serious right, to speak about political faggots during their campaign, and time in office. I will treat the subpoena as a SLAPP attempt and we shall waste our times on Rule 72 and interloctory appeals to hear that your clients is trying to suppress my Freedom of Speech.

24 HOURS WHORE. TICK TOCK.

Fuck your client up did you? He will face SLAPP sanctions for your phishing attempt, but I bet you didnt expect me to come out and identify myself did you whore? I will also be filing a BAR complaint against you because you want to be stupid.

You will NEVER SILENCE ME, ONLY MAKE ME LOUDER. TRUST ME, INTERPOL ARRESTED ME AND LET ME GO 3 DAYS LATER. I HAVE ATTORNEYS TOO, BUT I LIKE THE PRO SE NIGHTMARE GAME.

24 HOURS TO RETRACT YOUR ILLEGAL SANCTIONABLE SLAPP SUBPONEA. THE TIME IS 9:35PM MY LOCAL ON DECEMBER 22, 2025. TICK TOCK. COPY ME ON THE EMAIL OR DOCUMENTS YOU SEND TO AUTOMATIC AND ALL OTHER SERVICE PROVIDERS YOU HAVE ISSUED A SUBPONEA TO.

TICK TOCK.



/s/

Joseph A. Camp
CampJosephA@gmail.com
720.454.5240

**This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.**

[Quoted text hidden]

---

**Zinman, Abby** <azinman@hkm.com>                                      Tue, Dec 23, 2025 at 11:35 AM
To: Joseph Camp <campjosepha@gmail.com>, John Doe <jdpromotions2025@gmail.com>
Cc: "Woods, Shelby" <SWoods@hkm.com>, "Colwell, Alyssa" <acolwell@hkm.com>





|  |  |
|---|---|
| Abby Zinman (she/her) | 720-410-8372 |
| Attorney | azinman@hkm.com |
|  | www.hkm.com |

518 17th Street, Suite 1100

Denver, CO 80202

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Bozeman | Charlotte | Chicago | Cincinnati | Denver
Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New Paltz | New York | Philadelphia
Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | Seattle | Spokane | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Joseph Camp <campjosepha@gmail.com>
**Sent:** Monday, December 22, 2025 7:36 PM
**To:** John Doe <jdpromotions2025@gmail.com>; areinert@grsm.com; bbulawa@grsm.com; Woods, Shelby <SWoods@hkm.com>; Colwell, Alyssa <acolwell@hkm.com>
**Cc:** Zinman, Abby <azinman@hkm.com>
**Subject:** Re: Important legal notice regarding your WordPress.com site

You don't often get email from campjosepha@gmail.com. Learn why this is important

[Quoted text hidden]

---

**John Doe** <jdpromotions2025@gmail.com>    Tue, Dec 23, 2025 at 11:43 AM
To: "Zinman, Abby" <azinman@hkm.com>
Cc: Joseph Camp <campjosepha@gmail.com>, "Woods, Shelby" <SWoods@hkm.com>, "Colwell, Alyssa"
<acolwell@hkm.com>

Ahh, the bravado.

See you in court and on the Internet Abby, and your entire family.

I dont care about your pathetic case, but i will cause you problems in court over it, for fun.

Let me guess, liberal white whore sucking nigger dick?

**JD Promotions 2025**
**Quality Control**
**JD Promotions**

jdpromotions2025@gmail.com

On Tue, Dec 23, 2025, 11:36 AM Zinman, Abby <azinman@hkm.com> wrote:





720-410-8372

azinman@hkm.com

Abby Zinman (she/her)
www.hkm.com

Attorney

518 17th Street, Suite 1100

Denver, CO 80202

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Bozeman | Charlotte | Chicago | Cincinnati | Denver
Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New Paltz | New York | Philadelphia
Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | Seattle | Spokane | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Joseph Camp <campjosepha@gmail.com>
**Sent:** Monday, December 22, 2025 7:36 PM
**To:** John Doe <jdpromotions2025@gmail.com>; areinert@grsm.com; bbulawa@grsm.com; Woods, Shelby <SWoods@hkm.com>; Colwell, Alyssa <acolwell@hkm.com>
**Cc:** Zinman, Abby <azinman@hkm.com>
**Subject:** Re: Important legal notice regarding your WordPress.com site

You don't often get email from campjosepha@gmail.com. Learn why this is important

Abby,

Check out this post.

https://gab.com/JoeyCamp2020/posts/115766494873239961

Why are you phishing? I have no involvement in you SLAPP suit against the dude Soon. I just hate your nigger client and his radical leftist faggot butt buddies. And I have a First Amendment Right to say so.

Nothing on my site, www.notforaurora.com or associated social medias have anything to do with your litigation, so retract the subpoena within 24 hours or face my Motions for Quash, Sanctions, and anything else I can come up with, plus I will be writing more on the site now, since you want to being it into litigation that has nothing to do with me, or my site.

Thank carefully, Andrews is an elected official, I have a strong right, the most serious right, to speak about political faggots during their campaign, and time in office. I will treat the subpoena as a SLAPP attempt and we shall waste our times on Rule 72 and interloctory appeals to hear that your clients is trying to suppress my Freedom of Speech.

24 HOURS WHORE. TICK TOCK.

Fuck your client up did you? He will face SLAPP sanctions for your phishing attempt, but I bet you didnt expect me to come out and identify myself did you whore? I will also be filing a BAR complaint against you because you want to be stupid.

You will NEVER SILENCE ME, ONLY MAKE ME LOUDER. TRUST ME, INTERPOL ARRESTED ME AND LET ME GO 3 DAYS LATER. I HAVE ATTORNEYS TOO, BUT I LIKE THE PRO SE NIGHTMARE GAME.

Gmail - Fwd: Important Legal Notice regarding your WordPress.com site

24 HOURS TO RETRACT YOUR ILLEGAL SANCTIONABLE SLAPP SUBPONEA. THE TIME IS 9:35PM MY LOCAL ON DECEMBER 22, 2025. TICK TOCK. COPY ME ON THE EMAIL OR DOCUMENTS YOU SEND TO AUTOMATIC AND ALL OTHER SERVICE PROVIDERS YOU HAVE ISSUED A SUBPONEA TO.

TICK TOCK.



/s/

Joseph A. Camp

CampJosephA@gmail.com

720.454.5240

**This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.**

On Mon, Dec 22, 2025, 8:20 PM Joseph Camp <campjosepha@gmail.com> wrote:

Yes Abby,

This is really me, Joseph A. Camp. I will file my Motion to Quash in 24 hours. I do not give a shit about Christmas holiday, your little attempt to cause me to delay during Christmas will not work.

I am happily willing to identify myself you retarded whore. The site is not coming down, and now I will increase the rate in which I post again. You worthless whore.

Let me explain that I am not scared of your worthless thug deadbeat dad client. He is an elected official and my freedom of speech trumps his ego and feelings.

I am not a party to your stupid case, and using it to whish for my identity is not smart. I will inform the court and demand sanctions. Nothing on the site is civilly or criminally actionable.

Retract your pathetic subponea. They dont call me the Pro Se Nightmare for nothing.

Rob Lee Andrews is a worthless bitch ass human who deserves to be discussed in the publiv square, and will continue to be, as is my lawful right.



  /s/

Joseph A. Camp

CampJosephA@gmail.com

720.454.5240

**This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction, or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.**

On Mon, Dec 22, 2025, 8:15 PM John Doe <jdpromotions2025@gmail.com> wrote:

Hey Abby,

My name is Joseph Camp, I run the website NotForAurora.

You want to file a lolsuit against me by an elected official, i'll be happy to respond to such SLAPP litigation.

Retract your stupid subpoena or i will file for sanctions and my own litigation against your worthless client.

I am not a party to your stupid case. I am not in the United States. I have a first amendment right to speak against candidates. Involving me in your stupid lolsuit because I mentioned you, is shameful. Play stupid games, win stupid prizes. I will file my Quash Motion and demand for sanctions if you do not IMMEDIATELY retract your subponea.

Like it or not, you do not have rhe upper hand here, the law is on MY SIDE, and you are phishing illegally.

You have 24 hours to advise Automatic and I that you are retracting your stupid subponea.

**JD Promotions 2025**
**Quality Control**
**JD Promotions**

jdpromotions2025@gmail.com

---------- Forwarded message ---------
From: **Automattic Trust & Safety** <legal@wordpress.com>
Date: Mon, Dec 22, 2025, 8:02 PM
Subject: Important legal notice regarding your WordPress.com site
To: jdpromotions2025 <jdpromotions2025@gmail.com>

---

## Automattic Trust & Safety (Automattic)

Dec 23, 2025, 01:02 UTC

Hello,

We have received the attached legal process concerning your WordPress.com blog. It requires you to review and act on your WordPress.com account. We will respond to this request in 7 days from the date of this notice unless we receive a response from you that a motion to quash the legal process has been filed or that this matter has been otherwise resolved.

Please note that we preserved the requested information (as required by the legal process). If you update your account information *before* we produce the data, we may be required to produce your updated account information as well.

**We may also be required to turn over any information you share in communications with us, which may include communications with our user support staff, and correspondence relating to this legal process.**

This notice is not legal advice. For legal assistance you should contact your own counsel or consider contacting the Electronic Frontier Foundation or the American Civil Liberties Union.

Please note that in the cases of transfer orders, we will empty the site of contents before initiating a transfer. If you wish to download a copy of your site, you can do at the following URL. The export tool below will be available for the next two weeks:

jdpromotions2025-compk.wordpress.com/wp-admin/export.php?type=export

To respond to this notice, please reply to this email.

Automattic Trust & Safety

[YDN6X3-1GJW2]



**image001.jpg**
15K

---

**Joseph Camp** <campjosepha@gmail.com>                    Tue, Dec 23, 2025 at 11:45 AM
To: "Zinman, Abby" <azinman@hkm.com>, areinert@grsm.com, bbulawa@grsm.com, Richard.luthmann@protonmail.com

Abby,

Why did you remove opposing counsel from you unprofessional, immature rely? Lets add the court to the bcc and the clerk, and the media.



 /s/
Joseph A. Camp
CampJosephA@gmail.com
720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

On Tue, Dec 23, 2025, 11:36 AM Zinman, Abby <azinman@hkm.com> wrote:

🤣 🤣 🤣



                                        720-410-8372

                                        azinman@hkm.com

Abby Zinman (she/her)

                                        www.hkm.com
Attorney

518 17th Street, Suite 1100

Denver, CO 80202

Case No. 1:25-cv-03400-CNS-TPO    Document 26    filed 12/23/25    USDC Colorado
pg 32 of 35
12/23/25, 3:06 PM                    Gmail - Fwd: Important legal notice regarding your WordPress.com site

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Bozeman | Charlotte | Chicago | Cincinnati | Denver
Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New Paltz | New York | Philadelphia
Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | Seattle | Spokane | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

[Quoted text hidden]

---

**Woods, Shelby** <SWoods@hkm.com>                    Tue, Dec 23, 2025 at 11:58 AM
To: John Doe <jdpromotions2025@gmail.com>, "Zinman, Abby" <azinman@hkm.com>
Cc: Joseph Camp <campjosepha@gmail.com>, "Colwell, Alyssa" <acolwell@hkm.com>

Reading that is like watching someone trip over their own shoelaces in slow motion. We look forward to handling your problems in court or any other forum.

Get Outlook for iOS



720-235-0105
SWoods@hkm.com
www.hkm.com

Shelby Woods
Partner

518 17th Street, Suite 1100
Denver, CO 80202

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Bozeman | Charlotte | Chicago | Cincinnati | Denver
Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New Paltz | New York | Philadelphia
Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | Seattle | Spokane | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** John Doe <jdpromotions2025@gmail.com>
**Sent:** Tuesday, December 23, 2025 9:43 AM
**To:** Zinman, Abby <azinman@hkm.com>
**Cc:** Joseph Camp <campjosepha@gmail.com>; Woods, Shelby <SWoods@hkm.com>; Colwell, Alyssa <acolwell@hkm.com>
**Subject:** Re: Important legal notice regarding your WordPress.com site

You don't often get email from jdpromotions2025@gmail.com. Learn why this is important

[Quoted text hidden]

---

**Joseph Camp** <campjosepha@gmail.com>                    Tue, Dec 23, 2025 at 12:06 PM
To: "Woods, Shelby" <SWoods@hkm.com>
Cc: John Doe <jdpromotions2025@gmail.com>, "Zinman, Abby" <azinman@hkm.com>, "Colwell, Alyssa"
<acolwell@hkm.com>, Richard.luthmann@protonmail.com, areinert@grsm.com, bbulawa@grsm.com

Abby,

I am not subject to U.S. jurisdiction. Keep that in mind. While I am subject to the protections of the United States First Amendment -as a U.S. Citizen, i am not subject to your civil or criminal courts, unless i want to be.

Let me know if these are good contact details for you personally.

161 S Emerson St Apt 302
Denver, CO 80209
(https://www.realtor.com/rentals/details/161-S-Emerson-St-Apt-302_Denver_CO_80209_M23459-85225)

8123610920

Okay, Abby, lets play Court of Public Opinion.

Stop removing opposing counsel and stop sucking nigger dick you nasty tranny whore.

areinert@grsm.com,

bbulawa@grsm.com,



  /s/ _____
Joseph A. Camp
CampJosephA@gmail.com
720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

[Quoted text hidden]

**2 attachments**


**image001.jpg**
15K


**image269845.jpg**
15K

**John Doe** <jdpromotions2025@gmail.com>                    Tue, Dec 23, 2025 at 12:21 PM
To: Joseph Camp <campjosepha@gmail.com>
Cc: "Woods, Shelby" <SWoods@hkm.com>, "Zinman, Abby" <azinman@hkm.com>, "Colwell, Alyssa" <acolwell@hkm.com>, Richard.luthmann@protonmail.com, areinert@grsm.com, bbulawa@grsm.com, shelbywoods@gmail.com, shelbywoods022@gmail.com, sswoods@sandiego.edu, shelby.woods@pepperdine.edu

Shelby

2100 Perry St

Denver, CO 80212

3073224656

shelbywoods@gmail.com

Pepperdine ans San Diego school of law,

August 1988



12/23/25, 3:06 PM    Gmail - Fwd: Important legal notice regarding your WordPress.com site

1460 Wolff St Apt 103, Denver, Colorado, 80204


Audi, BMW, Suzuki

John, Shane, Dustin, Willard

Shall I go on, the amount of money you have in your bank account, the 250$ lien you had, your social security number, your family details?

Shelby, I am going to be the grinch towards your family, since you invited me so nicely and gave me permission.

Happy Christmas you retarded nigger cock sucking tranny whore from San Diego


**JD Promotions 2025**
**Quality Control**
**JD Promotions**

jdpromotions2025@gmail.com
[Quoted text hidden]

---

**2 attachments**


**image269845.jpg**
15K


**image001.jpg**
15K