IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 25-cv-03400-CNS-TPO | Date: February 6, 2026 |
| Courtroom Deputy: Jesse Torres | FTR – Courtroom C402 |

| *Parties:* | *Counsel:* |
|---|---|
| ROBERT ANDREWS, | Abby Zinman |
| | Shelby Woods |
| Plaintiff, | |
| v. | |
| SEAN F SOON, | Anna Reinert |
| Defendant, | |
| JOSEPH A. CAMP, | Pro Se |
| Movant. | |

## COURTROOM MINUTES

**VIDEO TELECONFERENCE MOTION HEARING**

**Court in session: 10:09 a.m.**

Court calls case. Appearances of counsel and non-party Movant Joseph A. Camp.

This matter is before the Court regarding the following pending motions filed by Movant Joseph A. Camp:

- Motion to Quash Subpoena and for Sanctions [ECF 26];
- Motion to Receive Electronic Notifications of Filings and Orders [ECF 30];
- Motion to Restrict Public Access to Documents Pursuant to D.C.COLO.LCivR 7.2 [ECF 33];
- Motion to Disqualify Counsel Abigail Zinman and Shelby Woods from Further Representation of Plaintiff Robert Andrews [ECF 47];
- "Emergency Motion to Stay Proceedings Pending Resolution of Amended Emergency Petition for Writ of Mandamus" [ECF 77]; and
- Notice of Intent to Call Witnesses and Request for Order Compelling Plaintiff's Attendance at Hearing [ECF 90]

Preliminary remarks by the Court.

The Court addresses Movant's "Emergency Motion to Stay Proceedings Pending Resolution of Amended Emergency Petition for Writ of Mandamus" [ECF 77]. Arguments by the Parties. The Court states its legal findings and conclusions.

The Court addresses Movant's Notice of Intent to Call Witnesses and Request for Order Compelling Plaintiff's Attendance at Hearing [ECF 90]. Brief arguments by Movant. The Court states its legal findings and conclusions and notes that, while witness testimony will not be permitted, Movant may instead make an offer of proof during today's proceedings relating to the issues raised in ECFs 26 & 90.

The Court addresses Movant's "Non-Party's Motion to Quash Subpoena and for Sanctions" [ECF 26]. Arguments by the Parties. Counsel for Plaintiff agrees to issue an amended subpoena to respondent Automattic Inc. that narrows the scope of the information requested, as clarified below.

The Court addresses Movant's Motion to Receive Electronic Notifications of Filings and Orders [ECF 30] and provides its ruling without further argument. Movant provides remarks in opposition to the Court's ruling.

The Court addresses Movant's Motion to Restrict Public Access to Documents Pursuant to D.C.COLO.LCivR 7.2 [ECF 33] and provides its ruling without further argument. Movant provides remarks in opposition to the Court's ruling.

The Court addresses Movant's Motion to Disqualify Counsel Abigail Zinman and Shelby Woods from Further Representation of Plaintiff Robert Andrews [ECF 47] and provides its ruling without further argument. Movant provides remarks in opposition to the Court's ruling.

The Court notes that any further request for relief shall be brought by way of written motion, and oral motions for relief will not be considered by the Court.

For the reasons stated on the record, it is:

**ORDERED:** Movant's "Emergency Motion to Stay Proceedings Pending Resolution of Amended Emergency Petition for Writ of Mandamus" [ECF 77] is **DENIED.**

Movant's Notice of Intent to Call Witnesses and Request for Order Compelling Plaintiff's Attendance at Hearing [ECF 90] is **DENIED.**

Movant's Motion to Quash Subpoena and for Sanctions [ECF 26] is **GRANTED in part and DENIED in part.** While the Court finds the scope of the requested information in the subpoena is overly broad, especially now that the identity of the operator of the website

"http://notforaurora.com" is known, the subpoena properly requests discoverable information. As a result, Movant's Motion to Quash Subpoena [ECF 26] is **denied** to the extent it seeks to quash the subpoena in its entirety. On or before **February 20, 2026,** Automattic, Inc. shall disclose to Plaintiff's counsel the names of all applicable operators of the website "http://notforaurora.com". This information may be provided by protective order. With this disclosure, the subpoena will be deemed satisfied.

Movant's Motion to Receive Electronic Notifications of Filings and Orders [ECF 30] is **DENIED.**

Movant's Motion to Restrict Public Access to Documents Pursuant to D.C.COLO.LCivR 7.2 [ECF 33] is **DENIED.**

Movant's Motion to Disqualify Counsel Abigail Zinman and Shelby Woods from Further Representation of Plaintiff Robert Andrews [ECF 47] is **DENIED.**

The Court reminds Movant Joseph A. Camp that District Judge Charlotte N. Sweeney's prior Order [ECF 50] remains in place regarding the filing of documents.

**Any future pleadings filed into this case by Movant shall not exceed fifteen pages, including all attachments, absent leave of Court.**

The Clerk of Court is directed to e-mail a copy of all future court orders in this case to Movant Joseph. A. Camp at the following address: CampJosephA@gmail.com.

HEARING CONCLUDED.

**Court in recess: 11:43 a.m.**
Total time in court: 01:34

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.