IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03400-CNS-TPO

ROBERT ANDREWS,

　　　Plaintiff,

v.

SEAN F. SOON,

　　　Defendant.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 8, 2026.**

　　　Pursuant to the Parties' joint request made by telephone call to Chambers, the Status Conference that is set for June 9, 2026 is **VACATED**.